UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE: NEAR, MITCHELL JAY
and NEAR, JUDY ANN                  Case No. 06-41077-13
_____

ITEMIZATION IN SUPPORT OF DEBTORS' MOTION TO AMEND PLAN
AND TO ABATE PAYMENTS

| DATE | WORK PERFORMED | TIME SPENT | |
|------|----------------|-----------|---|
| 4/4/07 | r MFR filed by Wilshire | .1 | |
| 4/12/07 | ltr to clients re: MFR filed by Wilshire | .3* | |
| 4/18/07 | pc w/ client re: MFR filed by Wilshire | .1* | |
| 4/19/07 | pc w/ client re: MFR, missed plan pymts, and tax returns | .3 | |
| 4/24/07 | p and file obj to MFR filed by Wilshire | .5 | |
| 4/26/07 | r proposed Ord re: MFR from South (attys for Wilshire) | .1 | |
| 4/27/07 | r MTD filed by Trustee | .1 | |
| 5/4/07 | p and file Mot to Amend Plan and to Abate Payments and Notice thereof | 1.0 | |
| 5/4/07 | Mailing Expense - Mot to Amend and Abate 49 pieces @ $.50/piece | | 24.50 |
| 5/7/07 | email to South (attys for Wilshire) re: proposed Order on MFR; not correct; proposing adding Jan through June to plan | .1* | |
| 5/7/07 | r email from South re: will check if acceptable by Wilshire | .1* | |
| 5/7/07 | p and file obj to MTD filed by Trustee | .5 | |
| 5/8/07 | r email from South and revised ord for MFR | .2 | |
| 5/16/07 | email to South re: approve revised ord on MFR | .1* | |
| 5/9/07 | Ct hrg - MFR - will be resolved by agreed ord | .3 | |
| | Travel Time | .3 | |
| 6/12/07 | Ct hrg (tentative) - MTD - should be resolved by Mot to Abate | .3 | |
| | Travel Time | .3 | |

_____

explanation of abbreviations in itemization:
    atty........attorney
    conf........conference with
    conf hg.....confirmation hearing
    hg..........hearing
    lf..........letter from
    lt..........letter to
    mfr.....motion for relief from stay
    mtd.....motion to dismiss
    mot......motion
    nc........no charge
    obj.......objection
    p...........prepare
    pc..........phone call
    poc.........proof of claim
    pmt.........payment
    r............review
    reaf agmt...reaffirmation agreement

    *** All court appearances and travel time are shared with other cases ***

Summary: (amounts listed as in agreement for services)

**Does not include the time that was included in Motions that requested additional attorney fees

| | | |
|---|---|---:|
| -attorney's time (non-travel) | 3.4 hours at $220/hr............................ | $ 748.00 |
| -attorney's time (travel) | 0.6 hours at $100/hr........................... | $ 60.00 |
| -legal assistant's time (*) | 0.7 hours at $100/hr........................... | $ 70.00 |
| -copying: 0 ; fax charges: 0; mailing: 24.50.............................................. | | $ 24.50 |
| -additional charges .................................................................................... | | $ 0.00 |
| TOTAL ITEMIZED BILL................................................ | | $ 902.50 |


  s/ John R. Hooge
John R. Hooge #09798
2619 W. 6th S., Ste. D
Lawrence, KS  66049
Ph: (785) 842-ll38
Fax: (785) 865-2966
Attorney for Debtor(s)

amend2.abate.item